**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

WALTER GARCIA,

Case No.: 20-21121-LMI

Chapter 13

Debtor,

_____/

## DEBTOR'S OBJECTION TO MOTION TO LIFT AUTOMATIC STAY

COMES NOW, Debtor, Walter Garcia, by and through his undersigned counsel, and files this Objection to Motion for Relief from Stay and Co-debtor Stay [DE 9] and, in support thereof, states that Creditor, A&S Capital, makes four allegations to substantiate its claim for relief from stay. Debtor responds to each as follows:

1.     Creditor, A&S Capital's first allegation in its Motion for Relief from Stay and Co-Debtor Stay [DE 9], page 2, paragraph 9, that "Debtor is not the owner of the subject property." In fact, the Debtor herein, Walter Garcia, is not the Owner of the property. The entity, "2501 Del Lago, LLC" owns the property. The subject property is the only asset of said entity. Debtor, Walter Garcia, is the owner of the entity in its entirety. Debtor is also the guarantor of the mortgage secured by the property in question and co-defendant in the State Court foreclosure action, Case No. CACE 19-025416, Broward County, Seventeenth Judicial Circuit.

2.     In Opposition to Creditor's first allegation, it has been generally held that the automatic stay, pursuant to 11 U.S.C.§362 is not available to co-defendants. "An exception to this general rule exists, however, allowing bankruptcy courts to extend the protections of the automatic stay to non-bankrupt codefendants in "unusual circumstances." See: *A.H. Robins Co., Inc. v Piccinin*, 788 F.2d 994, 999 (4th Cir 1986).

"Such unusual circumstances might arise where "there is such identity between the debtor and the third-party defendant that the debtor may be said to be the real party defendant and that a

judgment against the third-party defendant will in effect be a judgment or finding against the debtor," *id.* at 999, or where proceedings against non-debtor codefendants would reduce or diminish "the property of the debtor . . . to the detriment of the debtor's creditors as a whole." *Id.* at 1008." See: *Credit Alliance Corp. v Williams*, 851 F.2d 119 (4th Cir 1988).

3.      In this matter, the Debtor wholly owns the entity that owns the property and is the guarantor of the mortgage secured by the property in question and a foreclosure auction or distress sale of this property would substantially reduce the property value as well as its value to the Bankruptcy Estate.

4.      An additional, unusual circumstance in this case is the filing of a forged Quit Claim deed which, allegedly, transfers title to another entity unrelated to the Debtor or the 2501 Del Lago, LLC.  (See Exhibit "A" attached hereto and incorporated herein).

5.      This rogue deed has barred the sale of this property at a fair market price.  The lifting of the stay will cause the property to be sold at auction and at a price well below fair market, again, all to the detriment of Debtor and Debtor's Bankruptcy Estate.

6.      Creditor's second allegation found in [DE 9], page 2, paragraph 9  alleges that there is "no equity in the property," and "Borrower and Debtor are not making adequate protection payments on the property"  To substantiate its position, Creditor provides an appraisal showing a valuation of the property at $2.8 million.

7.      Debtor avers that the property is worth between the $5.0 million valuation of the Broward County Appraiser and the Zillow estimate of $3.85 million (See Exhibit "B" attached hereto and incorporated herein).  Both estimates exceed the amount owed on the property and both provide an "equity cushion" for adequate protection.

8.      With regard to the allegation of Creditor regarding insurance, found in [DE 9], page 2,

paragraph 9   Debtor has acquired insurance on this property (See Exhibit "C" attached hereto

and incorporated herein).

9.      Lastly, in [DE 9], page 2, paragraph 10 Creditor claims that Debtor is over the debt limits

for a Chapter 13.  Presumably, the statement is based on the fact that Debtor is a guarantor of the

mortgage on the subject property and that the judgment amount exceeds the Chapter 13 limits.

10.     Debtor claims that his obligation as guarantor of the debt is unliquidated and, therefore,

cannot be included in the calculation for qualification.

11.     An unliquidated claim, as stated by the court in: *In re Perez*, 879, 883- 884 (Bankr. S.D. Fla.

2008), is a debt in which the amount is uncertain.

> "[I]t is well-settled that whether a debt is "liquidated" turns on whether the amount is "readily determinable":
>
> * * *
>
> The amount of debt is readily determinable only if the process of determining the claim is fixed, certain, or otherwise determined by a specific standard.... On the other hand, if the value of the claim depends on a "future exercise of discretion, not restricted by specific criteria, the claim is unliquidated."
>
> *In re Adams,* 373 B.R. 116, 119-120 (10th Cir. BAP 2007) (internal citations omitted). *See     also In      re      McGovern,* 122     B.R.     712,     715 (Bankr.N.D.Ind.1989) ("[A] claim is unliquidated when the finder of fact must rely upon its judgment to establish an appropriate amount to compensate for past and future injury.")'

12.     The amount the Debtor will be responsible for, under the guarantee, will be

established only upon disposition of the property by sale upon the open market or in a

foreclosure auction.  As such, the amount is uncertain and the claim is unliquidated.

    **WHEREFORE**, Debtor, Walter Garcia, requests that this Court enter an Order

denying Creditors motion and for any other relief the Court deems appropriate.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice as set forth in Local Rule 2090-1(A).

Respectfully submitted,

Law Office of Ben R. Hetfeld

By: _____ /s/ _____

BEN R. HETFELD, Esq.
Fla. Bar No.: 0725099
6625 Miami Lakes Dr., Suite 310
Miami Lakes, FL  33014
Telephone:  (786) 594-3979
E-mail:  bhetfeld@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 2nd day of November 2020 by U.S. Mail and/or CE/ECF electronic transmission to the following attached Service List:

Law Office of Ben R. Hetfeld

By: _____ /s/ _____

BEN R. HETFELD, Esq.
Fla. Bar No.: 0725099
6625 Miami Lakes Dr., Suite 310
Miami Lakes, FL  33014
Telephone:  (786) 594-3979
E-mail:  bhetfeld@aol.com

## SERVICE LIST

**U.S. Trustee**
Office of the US Trustee
51 SW 1st Ave., #1204
Miami, FL  33130

**Nancy K. Neidich, Trustee**
www.ch13miami.com
POB 279806
Miramar, FL 33027

**Stuart M. Gold, Esq.**
SAX, WILLINGER & GOLD
600 S. Andrews Ave., Suite 401
Fort Lauderdale, FL 33301

**A&S Capital, LLC**
c/o David R. Roy, P.A.
4209 N. Federal Hwy.
Pompano Beach, FL 33064

**Ally Bank c/o AIS Portfolio Services, LP**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

**JPMorgan Chase Bank, N.A.**
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

**SunTrust Bank now Truist Bank**
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286

# Exhibit "A"

Parcel Identification No: 5042 13 14 0090

This Instrument Prepared By and Return to:
ELITE Trust
Po box 5322
Fort Lauderdale FL 33310

## QUITCLAIM DEED

**This Quitclaim Deed,** made this 15ᵗʰ day of September 2020. Between 2501 DEL LAGO LLC, as Grantor of **the first part under** whose address is **2501 DEL LAGO DR. Ft Lauderdale FL 33316** and **MAE'S Trust**, whose address is **Post Office Address 481 Fort Lauderdale FL 33304** Grantee. Of the second part.

**Witnesseth,** that the Grantor, for and in consideration of the sum of ------------TEN & NO/100 ($10.00)------------------DOLLARS, and other good and valuable consideration to Grantor in hand paid by Grantee, the receipt of which is hereby acknowledged, has granted, bargained and quitclaimed to the said Grantee and Grantee' heirs and assigns forever, the following described land, situate, lying and being in the County of BROWARD, State of Florida, to-wit:

LOT 9, DEL LAGO ISLE, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 42, PAGE 2, OF THE RECORDS OF BROWARD COUNTY, FLORIDA.

a/k/a: 2501 DEL LAGO DR. FT LAUDERDALE FL 33316

**To Have and to Hold** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of Grantor, either in law or equity, for the use, benefit and profit of the said Grantee forever.

**In Witness Whereof,** the Grantor has hereunto set it hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____  A.k
2501 DEL LAGO LLC
As Grantor.

Witness #1 Printed Name  JAMES TINKER

Witness #2 Signature  CHERYL LEDEET

Witness #2 Printed Name  MICHAL CASPORPH

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 15ᵗʰ day of September 2020, by _____, individually and as Authorized Agent of 2501 DEL LAGO LLC, who is personally known to me or who has produced _____Docs.O_____ as identification.

SEAL

_____
Notary Signature

SANDRA LOWE _____ Printed Notary

Signature My Commission Expires:


Notary Public State of Florida
Sandra Lowe
My Commission GG 975835
Expires 06/02/2024

# Exhibit "B"



**MARTY KIAR**
**BR WARD**
C O U N T Y
PROPERTY APPRAISER

| Site Address | 2501 DEL LAGO DRIVE, FORT LAUDERDALE FL 33316 | ID # | 5042 13 14 0090 |
|---|---|---|---|
| Property Owner | MAE'S TR | Millage | 0312 |
| Mailing Address | PO BOX 481 FORT LAUDERDALE FL 33304 | Use | 01 |
| Abbr Legal Description | DEL LAGO ISLE 42-2 B LOT 9 | | |

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

| * 2021 values are considered "working values" and are subject to change. |
|---|

### Property Assessment Values

| Year | Land | Building / Improvement | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2021 | $1,417,500 | $3,616,090 | $5,033,590 | $5,033,590 | |
| 2020 | $1,417,500 | $3,616,090 | $5,033,590 | $5,033,590 | |
| 2019 | $1,417,500 | $3,526,950 | $4,944,450 | $4,944,450 | $92,202.11 |

### 2021 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $5,033,590 | $5,033,590 | $5,033,590 | $5,033,590 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $5,033,590 | $5,033,590 | $5,033,590 | $5,033,590 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $5,033,590 | $5,033,590 | $5,033,590 | $5,033,590 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 9/13/2020 | QCD-T | $100 | 116741170 |
| 5/3/2018 | SWD-D | $3,500,000 | 115114237 |
| 1/17/2017 | CET-D | $2,851,100 | 114204800 |
| 5/4/2011 | WD-T | $100 | 48117 / 528 |
| 11/30/2004 | WD | $5,200,000 | 38643 / 1188 |

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $90.00 | 15,750 | SF |
| | | |
| | | |

| Adj. Bldg. S.F. (Card, Sketch) | 8031 |
|---|---|
| Units/Beds/Baths | 1/7/7.5 |
| Eff./Act. Year Built: 1996/1995 | |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 03 | | | | | | F1 | | |
| R | | | | | | | | |
| 1 | | | | | | 1 | | |

# $3,895,000   7 bd | 8 ba | 7,278 sqft

### 2501 Del Lago Dr, Fort Lauderdale, FL 33316

For sale | View Zestimate®

Est. payment: $18,506/mo   $ Get pre-qualified

| Contact Agent | Take a Tour |
|:---:|:---:|

 **Love this home?** Sell your current home to Zillow, and close on your schedule.

Zipcode



## Travel times

Add work destination

## Overview

Time on Zillow **5 days**    |    Views **681**    |    Saves **22**

\*\*\* ALL OFFERS MUST BE CASH ONLY, "AS IS", AND CONTINGENCY FREE.
OPEN HOUSE DAILY 12-4 Redesigned, this amazing waterfront home can be

# Exhibit "C"



TLARSON

# CERTIFICATE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY)
10/29/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

| PRODUCER | CONTACT NAME: Shane Clark | |
|---|---|---|
| Premier Protection Ins. Services LLC<br>1126 S Federal Highway #299<br>Fort Lauderdale, FL 33316 | PHONE (A/C, No, Ext): (954) 467-8738 | FAX (A/C, No): (954) 944-1881 |
| | E-MAIL ADDRESS: shane@premierprotectioninsurance.com | |
| | PRODUCER CUSTOMER ID: 2501DEL-01 | |

| INSURED | | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|---|
| 2501 del lago LLC<br>900 Biscayne blvd Suite 5602<br>Miami, FL 33132 | INSURER A : Penn-America Insurance Company | | 32859 |
| | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                                     REVISION NUMBER:

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
1  1  2501 Del Lago Dr, Fort Lauderdale, FL, 33316

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | | LIMITS |
|---|---|---|---|---|---|---|---|---|
| A | X PROPERTY | | APP124548152 | 10/31/2020 | 04/30/2021 | X | BUILDING | $ 750,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | | PERSONAL PROPERTY | $ |
| | BASIC | BUILDING $2,500 | | | | | BUSINESS INCOME | $ |
| | BROAD | CONTENTS | | | | | EXTRA EXPENSE | $ |
| | X SPECIAL | | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | X Coinsurance | 80% | | | | | | $ |
| | X Replacement C | | | | | | | $ |
| | INLAND MARINE | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | | | | | | | | $ |
| | CRIME | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 24 (2016/03)          © 1995-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

2501DEL-01

TLARSON

DATE (MM/DD/YYYY)
10/29/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Shane Clark | |
|---|---|---|
| Premier Protection Ins. Services LLC<br>1126 S Federal Highway #299<br>Fort Lauderdale, FL 33316 | PHONE (A/C, No, Ext): (954) 467-8738 | FAX (A/C, No): (954) 944-1881 |
| | E-MAIL ADDRESS: shane@premierprotectioninsurance.com | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED<br><br>2501 del lago LLC<br>900 Biscayne blvd Suite 5602<br>Miami, FL 33132 | INSURER A : Penn-America Insurance Company | 32859 |
| | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | | | APP124548152 | 10/31/2020 | 4/30/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | OTHER: | | | | | | Deductible | $ 250 |
| | | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | UMBRELLA LIAB [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | EXCESS LIAB [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | | | PER STATUTE [ ] OTHER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | Y / N N / A | | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Premises: 2501 Del Lago Dr. Fort Lauderdale, FL 33316

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD