


**ORDERED in the Southern District of Florida on November 5, 2020.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-21121-LMI
CHAPTER 13

IN RE:

WALTER GARCIA,

Debtor.
_____________________________/

**ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY**

THIS CAUSE came on to be heard on November 3, 2020 at 9:00 a.m., upon the Motion for Relief from Stay and Co-Debtor Stay filed by Creditor, A&S CAPITAL LLC [ECF 9], and the Court based on the record, it is

ORDERED as follows:

1. Creditor's Motion for Relief from Stay and Co-Debtor Stay be, and the same is hereby granted in Order that Creditor may commence or conclude foreclosure proceedings upon the

following described property:

Lot 9, DEL LAGO ISLE, according to the Plat thereof, as recorded in Plat Book 42, at Page 2, of the Public Records of Broward County, Florida.

a/k/a 2501 Del Lago Drive, Ft. Lauderdale, FL 33316

2. This Order is entered for the purpose of allowing Creditor to obtain an in rem judgment against the property and to pursue its claims against Co-Debtor 2501 Del Lago LLC. Creditor shall not seek nor obtain an in personam judgment against the Debtor.

Copies furnished to:

Stuart M. Gold, Esq.
600 S. Andrews Avenue, Suite 401
Fort Lauderdale, FL 33301
Telephone: (305) 591-1040
Email: sgold@swglawyers.com

*Stuart M. Gold. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same)*

# # #